**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*

*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

February 12, 2024

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Marino Burgos*
13 Cr. 337 (PAE)

Dear Judge Engelmayer:

     I represent Mr. Marino Burgos in his violation of supervised release (VOSR) proceeding in the above-referenced matter. Mr. Burgos is presently scheduled for a VOSR hearing before Your Honor on February 13, 2024, at 2:00 p.m. I write to respectfully request that Your Honor grant a two-week adjournment of the VOSR hearing to enable the defense to obtain and review documents from Mr. Burgos' family that, upon information and belief, may mitigate the violation specifications pending against Mr. Burgos. The defense anticipates receiving these necessary documents from Mr. Burgos' family today. I have conferred with A.U.S.A. Henry Ross regarding this request, and the Government has no objection. Thank you for your consideration of this request.

Respectfully submitted,

Mark I. Cohen

MIC/gmf

**GRANTED.** The Court adjourns the conference until Friday, February 23, 2024, at 2:00 p.m. Because the Court has a trial beginning the following Monday, this conference cannot be held the following two weeks and will not be further adjourned. The Clerk of Court is requested to terminate the motion at Dkt. No. 223.

2/12/2024

SO ORDERED.

![signature]
PAUL A. ENGELMAYER
United States District Judge